| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| RICHARD L. SHORKEY EDUCATION AND REHABILITATION CENTER OF SOUTHEAST TEXAS, | § § § § |
| Plaintiff, | § § |
| versus | §    CIVIL ACTION NO. 1:18-CV-423 § |
| WRIGHT NATIONAL FLOOD INSURANCE COMPANY, | § § § § |
| Defendant. | § |

## ORDER OF DISMISSAL

The plaintiff's Stipulation of Dismissal (#17) is accepted. The Court ORDERS that the plaintiff's claims against defendant Wright National Flood Insurance Company are dismissed with prejudice, as requested. The above-styled case is therefore DISMISSED in its entirety and the Clerk is directed to close this case. The Court retains jurisdiction to enforce any settlement.

SIGNED at Plano, Texas, this 4th day of April, 2019.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE